# IN THE UNITED STATES DISTRICT COURT
## For The
## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:14-mj-0201-SAB |
| Plaintiff, | ) ) | **DEFENDANT'S STATUS REPORT ON** |
| v. | ) | **UNSUPERVISED PROBATION** |
| GREGORY D. MERVAU, | ) ) | |
| Defendant. | ) ) ) | |

PURSUANT to an order of this Court the Defendant hereby submits his status report on unsupervised probation:

**Convicted of:** Operating a motor vehicle with a blood or breath alcohol concentration equal to or more than 0.08%, in violation of 36 C.F.R. § 4.23(a)(2)

**Sentence Date:** April 2, 2015

**Review Hearing Date:** April 7, 2016

**Probation Expires On:** April 1, 2017

### *CONDITIONS OF UNSUPERVISED PROBATION:*

☒ **Obey all federal, state and local laws**; and

☒ **Monetary Fines & Penalties in Total Amount of:** $1,210.00, which Total Amount is made up of a Fine: $ 1,200.00; Special Assessment: $ 10.00; Processing Fee: $ 0.00; Restitution: $ 0.00.

☒ Payment schedule: $55.00/month, beginning on May 15, 2015

☒ **Other Conditions:** Defendant shall complete the Multi-Offender DUI Program through the Department of Motor Vehicles.

### *COMPLIANCE:*

☐ Defendant has complied with and completed <u>all</u> conditions of probation described above.

**Otherwise:**

☒ Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

    If so, describe arrest/charge/citation (location, court, date & offense): Click here to enter text.

☒ To date, Defendant has paid a total of $ $330.00
    ☒ If not paid in full when was last time payment:     Date: 3/22/2016
                                                                               Amount: $55

☐ To date, Defendant has performed      hours of community service.

☒ Compliance with Other Conditions of Probation: Defendant has not yet enrolled in the DUI Multi-Offender Course, but intends to do so with the assistance of his wife, Rhonda, as soon as his health stabilizes. He has been very ill with the return of multiple tumors (Defendant was diagnosed with throat cancer in 2011 and

his gone in and out of remission since that time). His medication (telephone, Elavil, and multiple anti-depressants) cause him to suffer from lapses in memory and cognitive function, which has made it difficult for him to take care of matters on his own, including enrollment and attendance in the DUI course. He is not in possession of a driver's license, does not drive a vehicle, and does not intend to seek a license or drive a vehicle until he recovers from the latest bout of cancer, if at all.

### GOVERNMENT POSITION:

☒ The Government agrees to the above-described compliance.

The government notes that the defendant missed monthly payments in June, September and November of 2015, and in February (and so far in March) of 2016.

☐ The Government disagrees with the following area(s) of compliance:

Government Attorney:  */s/ Katherine A. Plante*

### DEFENDANT'S REQUEST (OPTIONAL):

In light of the information detailed in this status report, the defendant moves for the following:

☒ that the review hearing set for 4/7/2016 at 10:00 a.m.

  ☒ be continued to March 16, 2017 at 10:00 a.m.; or

  ☐ be vacated.

☒ In the event that the hearing is not continued, that Defendant's appearance for the review hearing be waived.

DATED:  3/24/2016                              */s/ Megan Hopkins*
                                              DEFENDANT'S COUNSEL

### O R D E R

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☐ GRANTED.  The Court orders that Choose an item.

☒ DENIED. Defendant shall provide financial records reflecting his financial situation from June 1, 2015 to the present. This request includes bank statements, all credit card statements and well as other financial records showing his financial condition.

IT IS SO ORDERED.

Dated:  **March 28, 2016**                    _____
                                              UNITED STATES MAGISTRATE JUDGE