IN THE UNITED STATES DISTRICT COURT
For The
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 1:14-mj-0201-SAB |
| ) | |
| Plaintiff, ) | **DEFENDANT'S STATUS REPORT ON** |
| v. ) | **UNSUPERVISED PROBATION** |
| ) | |
| GREGORY D. MERVAU, ) | |
| ) | |
| Defendant. ) | |
| ) | |

PURSUANT to an order of this Court the Defendant hereby submits his status report on unsupervised probation:

**Convicted of:** Operating a motor vehicle with a blood or breath alcohol concentration equal to or more than 0.08%, in violation of 36 C.F.R. § 4.23(a)(2)

**Sentence Date:** April 2, 2015

**Review Hearing Date:** November 3, 2016

**Probation Expires On:** April 1, 2017

### *CONDITIONS OF UNSUPERVISED PROBATION:*

☒ **Obey all federal, state and local laws**; and

☒ **Monetary Fines & Penalties in Total Amount of:** $1,210.00, which Total Amount is made up of a Fine: $ 1,200.00; Special Assessment: $ 10.00; Processing Fee: $ 0.00; Restitution: $ 0.00.

☒ Payment schedule: $55.00/month, beginning on May 15, 2015

☒ **Other Conditions:** Defendant shall complete the Multi-Offender DUI Program through the Department of Motor Vehicles.

### *COMPLIANCE:*

☒ Defendant has complied with and completed <u>all</u> conditions of probation described above.

Mr. Mervau is in increasingly poor health, as the multiple tumors reported in April have since spread throughout his body. A recent scan in September confirmed the very sad prognosis of less than 6 months.

### *GOVERNMENT POSITION:*

☒ The Government agrees to the above-described compliance.

☐ The Government disagrees with the following area(s) of compliance:

Government Attorney:  */s/ Michael Tierney*

***DEFENDANT'S REQUEST (OPTIONAL):***

In light of the information detailed in this status report, the defendant moves for the following:

☒ that the review hearing set for 11/3/2016 at 10:00 a.m.

   ☒ be vacated, and that his probation be terminated early as of the date of the order on this status report.

☒ In the event that the hearing is not continued, that Defendant's appearance for the review hearing be waived, as he is bedridden.


DATED:  10/25/2016                                  */s/ Megan Hopkins*
                                                    DEFENDANT'S COUNSEL

## O R D E R

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☒    GRANTED.  The Court orders that the Review Hearing be vacated.

☐    DENIED.

IT IS SO ORDERED.

Dated:   **October 27, 2016**                       _____
                                                    UNITED STATES MAGISTRATE JUDGE