```
1  HEATHER E. WILLIAMS, CA SBN #122664
   Federal Defender
2  MEGAN T. HOPKINS, Bar #294141
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorney for Defendant
   GREGORY D. MERVAU
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 1:14-mj-00201 SAB |
|---|---|
| Plaintiff, | ) MOTION TO TERMINATE PROBATION; ORDER |
| vs. | ) |
| GREGORY D. MERVAU, | ) |
| Defendant. | ) |

Defendant Gregory D. Mervau, by and through his counsel of record, Assistant Federal Defender Megan T. Hopkins, hereby moves for early termination of his term of unsupervised probation pursuant to 18 U.S.C. § 3564(c).  The government does not oppose this request.

On April 2, 2015, Mr. Mervau pled guilty to operating a motor vehicle with a blood or breath alcohol concentration equal to or more than 0.08%, in violation of 36 C.F.R. § 4.23(a)(2). That same date, the Court sentenced Mr. Mervau to serve 24 months of unsupervised probation, to expire on April 1, 2017.  As conditions of his probation, the Court ordered Mr. Mervau to: (1) pay a $1200 fine, $10 and special assessment, (2) to complete the Multi-Offender DUI Program through the Department of Motor Vehicles, and (3) obey all local, state, and federal laws.

At the early onset of Mr. Mervau's period of unsupervised probation, he learned that he had fallen out of remission and that his previously diagnosed throat cancer was once again a threat to his life. He began treatment, but found that the combination of his cancer symptoms and

1  the side effects of his numerous medications made it difficult for him to leave his home. As a
2  result, he filed a request, through counsel, to modify the terms and conditions of his probation to
3  remove the DUI class in exchange for a condition that he not operate any motor vehicle. The
4  court granted the modification.

5  Mr. Mervau has complied with all conditions of probation. He has paid the monetary
6  penalty, has sold his only vehicle and has not operated any motor vehicle since April 2015, and
7  he has not been arrested, cited, or charged with any federal, state, or local criminal offenses since
8  being placed on probation by this Court. Mr. Mervau's final review hearing, which was
9  scheduled for November 3, 2016 at 10:00 a.m., has been vacated by this court in light of his
10 compliance.

11  Mr. Mervau recently learned that the cancer treatment was not effective, and his tumors
12 have spread throughout his body. As a result, his now has a prognosis of less than 6 months to
13 live. Therefore, Mr. Mervau requests that the Court terminate his term of unsupervised
14 probation, as he has fully complied with the terms of his probation and desires to see this case to
15 its end before he leaves this earth. Early termination of Mr. Mervau's term of unsupervised
16 probation is "warranted by the conduct of [Mr. Mervau] and the interest of justice." 18 U.S.C. §
17 3564(c). The government does not oppose Mr. Mervau's request for early termination of
18 unsupervised probation.

19  WHEREFORE, Mr. Mervau requests that the Court terminate his term of unsupervised
20 probation pursuant to 18 U.S.C. § 3564(c).

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: October 28, 2016        */s/ Megan T. Hopkins*
                              MEGAN T. HOPKINS
                              Assistant Federal Defender
                              Attorney for Defendant
                              GREGORY D. MERVAU

///

**O R D E R**

Pursuant to Mr. Mervau's request for early termination of his term of unsupervised probation, the Court hereby terminates Mr. Mervau's term of unsupervised probation pursuant to 18 U.S.C. § 3564(c). Mr. Mervau's term of unsupervised probation is terminated as of the date of this Order.

IT IS SO ORDERED.

Dated:   **November 15, 2016**

UNITED STATES MAGISTRATE JUDGE